LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN, SBN 149679
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401
E-mail: dq@dqlaw.com

*Attorneys for Plaintiff and Counter-Defendant NUKI, INC.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUKI, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARSHALLS OF CA, LLC; a Massachusetts corporation; MARSHALLS OF MA, INC., a Massachusetts corporation; THE TJX COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 17-cv-0640 DMS-WVG<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 29, 2017<br><br>District Judge:   Hon. Dana M. Sabraw<br>Courtroom:        13A<br><br>Magistrate Judge: Hon. William V. Gallo<br>Courtroom:        2125<br><br>Trial Date:       March 25, 2019 |

1 | Please take notice that Plaintiff and Cross-Defendant Nuki, Inc. and Defendants and Cross-Complainants Marshalls of CA, LLC, Marshalls of MA, Inc., and The TJX Companies, Inc. have fully executed a confidential written settlement agreement as to the entire action.

The parties will promptly file a joint motion to dismiss with prejudice all claims, counterclaims, and affirmative defenses by and between the parties, with each party to bear its own costs and attorney's fees, upon completion of certain terms specified in the parties' confidential settlement agreement.

Dated:   February 22, 2018         **LAW OFFICES OF DARREN J. QUINN**

By:   s/ Darren J. Quinn
DARREN J. QUINN
Attorneys for Plaintiff and Counter-Defendant NUKI, INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 22nd of February 2018.

/s/ Darren J. Quinn

Darren J. Quinn