# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUKI, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA, LLC, a Massachusetts corporation; MARSHALLS OF MA, INC., a Massachusetts corporation; THE TJX COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 17-cv-0640 DMS-WVG<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>District Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Magistrate Judge: Hon. William V. Gallo<br>Courtroom: 2125 |

IT IS HEREBY ORDERED pursuant to the Stipulation To Dismiss Action With Prejudice [Dkt. 46] that the above action (including complaint and counterclaims) be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. No party shall request the court to obtain costs and attorney fees.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
Hon. Dana M. Sabraw
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28